UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRY GOLDSTEIN,

                Plaintiff,

-against-

AETNA,

                Defendant.

19-CV-10589 (PAE)

ORDER OF SERVICE

PAUL A. ENGELMAYER, United States District Judge:

Plaintiff filed this action in the small claims part of the Civil Court of the City of New York, and Defendant removed the action to this Court.

The Clerk of Court is directed to issue a summons as to Defendant Aetna. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons.[1] If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   November 19, 2019
           New York, New York

                                        PAUL A. ENGELMAYER
                                        United States District Judge

---

[1] If Plaintiff is unable to afford the fees for service, he can apply to proceed *in forma pauperis* to allow the Court to determine whether he is entitled to assistance from the United States Marshals Service to serve the Defendant with the summons and complaint.